UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>SUSAN SCOTT TEREBO<br>10 THE BLVD. #202<br>NEWMAN, GA  30263 | CASE NO:  08-01224-JW<br><br>(CHAPTER 13)<br><br><br>TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS<br><br><br><br>Debtor |

# TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No. 246119 in the amount of $109.58 representing monies designated as dividends to parties as follows:

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| PHARIA LLC<br>PO BOX 3978<br>C/O WEINSTEIN AND RILEY, PS<br>SEATTLE, WA  98124-3978 | 14 | Unable to locate creditor | $109.58 |

Dated: <u>March 26, 2013</u>

/s/ James M. Wyman
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877

PHILIP L FAIRBANKS
ESQ
1214 KING ST
BEAUFORT, SC
29902-4934