UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 08-01224-JW |
|---|---|
| SUSAN SCOTT TEREBO<br>10 THE BLVD. #202<br>NEWMAN, GA  30263 | (CHAPTER 13) |
| | TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor | |

# TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No. 246119 in the amount of $1,500.82 representing monies designated as dividends to parties as follows:

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| SANDY JOHNSON<br>3255 LAWRENCEVILLE -SUWANEE RD<br>STE P-305<br>SUWANEE, GA  30024-0000 | 15 | Stale-dated checks | $1,500.82 |

Dated: <u>March 26, 2013</u>

/s/ James M. Wyman
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877

PHILIP L FAIRBANKS
ESQ
1214 KING ST
BEAUFORT, SC
29902-4934